# Court of Appeals
## Tenth Appellate District of Texas

10-26-00028-CV

In re ROM Trucking, LLC

Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator filed its Petition for Writ of Mandamus on January 20, 2026. Relator filed a Notice of Resolution on February 13, 2026. Real Party in Interest filed a response on March 9, 2026, confirming there is no pending dispute for this Court to consider and joining Relator's request for dismissal. As such, Relator's Writ of Mandamus, filed on January 20, 2026, is dismissed as moot.

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  March 26, 2026

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Dismissed
OT06

